UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL V. LUJAN,<br><br>　　　　Plaintiff<br><br>v.<br><br>BLACKSTONE CAREER INSTITUTE,<br>ELAINE SMITH,<br><br>　　　　Defendants | Case No.: 3:21-cv-00286-MMD-WGC<br><br>**Order** |

　　　　Plaintiff is an inmate within the Nevada Department of Corrections (NNCC), housed at Northern Nevada Correctional Center (NNCC). (ECF No. 1.) He filed a document which appeared to state it was both a civil rights complaint and application to proceed *in forma pauperis* (IFP). (ECF No. 1.)

　　　　On August 11, 2021, the court issued an order noting that Plaintiff included the required financial certificate for an inmate seeking to proceed IFP, but he did not complete the IFP application on the court's required form. The court directed the Clerk to send Plaintiff a copy of the instructions and application to proceed IFP for an inmate, and gave Plaintiff 30 days to file his completed IFP application or pay the full filing fee. (ECF No. 2.)

　　　　This order was returned as undeliverable with a notation that Plaintiff has been transferred to Southern Desert Correctional Center (SDCC). (ECF No. 3.)

　　　　Local Rule IA 3-1 requires a pro se party to immediately file with the court written notification of any change of mailing address. Failure to comply with the rule may result in dismissal, entry of default or other appropriate sanctions.

The Clerk shall **SEND** Plaintiff this Order, along with the instructions and application to proceed IFP for an inmate to him at SDCC. Plaintiff has **21 days** from the date of this Order to file a completed IFP application and updated financial certificate, as well as a written notice of change of address. If Plaintiff fails to comply with this Order, his action may be dismissed.

Plaintiff is reminded that he will still be required to pay the filing fee (either $350 over time if granted IFP status or $402 if not granted IFP status) even if his action is dismissed on screening.

**IT IS SO ORDERED**.

Dated: September 16, 2021

*William G. Cobb*
William G. Cobb
United States Magistrate Judge